IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SOTO MARQUEZ, | No. C 13-2525 WHA (PR) |
| Petitioner, | **DENIAL OF MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | |
| H. LACKNER, | (Dkt. 4) |
| Respondent. | |

This is a habeas case filed by a state prisoner. Petitioner's motion for appointment of counsel is **DENIED**. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner whenever the court determines that the interests of justice so require and such person is financially unable to obtain representation. Petitioner has presented his claims adequately in the petition, and they are not particularly complex. The interests of justice do not require appointment of counsel at this stage of the case. If the circumstances of the case materially change, the Court will reconsider this decision sua sponte.

**IT IS SO ORDERED.**

Dated: July 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE