UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SOTO MARQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>H LACKNER,<br><br>    Defendant. | Case No.  13-cv-02525-JD<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL**<br><br>Re: Dkt. No. 14 |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus.  This case is fully briefed as respondent filed an answer and petitioner has filed a traverse.  Petitioner has now requested the appointment of counsel.

The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986).  However, 18 U.S.C. § 3006A(a)(2)(B) provides that in habeas cases, whenever "the court determines that the interests of justice so require", representation may be provided for any financially eligible person.  Petitioner has presented his claims adequately, and they are not particularly complex.  The interests of justice do not require appointment of counsel, therefore the motion (Docket No. 14) is **DENIED**.

**IT IS SO ORDERED.**

Dated:  May 2, 2014

_____
JAMES DONATO
United States District Judge