UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SOTO MARQUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>H. LACKNER,<br><br>    Respondent. | Case No.   13-cv-02525-JD<br><br>**JUDGMENT** |

    The Court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner.  Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED**.

Dated: July 29, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SOTO MARQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H LACKNER,<br><br>　　　　Defendant. | Case No.  13-cv-02525-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent Soto Marquez
H-31079
5150 Obyrnes Ferry Rd
Jamestown, CA 95327

Dated: July 29, 2015

　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　Honorable JAMES DONATO